UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES T MURZIKE,
    Plaintiff,

vs.                                      Case No.:  3:24cv347/MCR/ZCB

SGT J E CARR, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 29, 2024. (Doc. 3).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 3) is adopted and incorporated by reference in this order.

1

2. This case is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g), based on Plaintiffs failure to pay the filing fee at the time he commenced this case.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**